NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIAX CORPORATION,**
*Plaintiff-Appellant,*

v.

**NVIDIA CORPORATION,**
*Defendant-Appellee,*

AND

**SONY COMPUTER ENTERTAINMENT AMERICA, INC. AND SONY ELECTRONICS, INC.,**
*Defendants-Appellees.*

---

2012-1387

---

Appeal from the United States District Court for the District of Colorado in case no. 09-CV-1257, Judge Philip A. Brimmer.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time, until July 30, 2012, for the appellant to file its initial brief,

for an extension of time, until September 24, 2012, for the appellees' to file their initial briefs, and for an extension of time, until October 8, 2012, for the appellant to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL  1 2 2012__                         /s/ Jan Horbaly
Date                                       Jan Horbaly
                                           Clerk

cc: Steven J. Merker, Esq.
    Christopher R. Ottenweller, Esq.
    Christian C. Taylor, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2012

JAN HORBALY
CLERK